IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL ACTION NO.: 1:21-cv-111-MOC-WCM

| EVANSTON INSURANCE COMPANY, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **JOINT STIPULATION OF DISMISSAL** |
| VAPOR WORLD, LLC, and DAVID M. STEPHENS, | ) | |
| Defendants. | ) | |

NOW COME Plaintiff Evanston Insurance Company and Defendant David M. Stephens, through counsel, pursuant to F. R. Civ. P. 41(a)(1), and hereby stipulate that all claims pending in this action are voluntarily dismissed with prejudice. Defendant Vapor World, LLC, has not made an appearance in this action, however counsel for Vapor World represents to the Court that Vapor World, LLC consents to this dismissal. The parties agree that each will bear their own costs and fees for this action.

This the 23rd day of August, 2021.

CRANFILL SUMNER LLP

/s/ Jennifer A. Welch
N.C. State Bar No. 31360
PO Box 27808
Raleigh, NC 27611-7808
Telephone: (919) 828-5100
E-mail: jwelch@cshlaw.com
*Counsel for Plaintiff*

FISHER STARK, P.A.

/s/ W. Perry Fisher, II
W. Perry Fisher, II
N.C. State Bar No. 14153
99 McDowell Street
Asheville, NC  28801
Telephone:  828-505-4300
E-mail:  perry@fisherstark.com
*Counsel for Defendant Stephens*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CIVIL ACTION FILE NO.: 1:21-cv-111-MOC-WCM

|  |  |
|---|---|
| EVANSTON INSURANCE COMPANY, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> VAPOR WORLD, LLC, ) <br> and DAVID M. STEPHENS, ) <br> ) <br> Defendants. ) | **CERTIFICATE OF SERVICE** |

I hereby certify that on August 23, 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system pursuant to its Administrative CM/ECF Rules, which shall be electronically served upon all counsel of record through the CM/ECF system, namely:

      **W. Perry Fisher, II**    perry@fisherstark.com

And that I served via email only to:

      **Mel J. Garofalo**   mgarofalo@hedrickgardner.com

CRANFILL SUMNER LLP

/s/ Jennifer A. Welch
N.C. State Bar No. 31360
PO Box 27808
Raleigh, NC 27611-7808
Telephone: (919) 828-5100
E-mail: jwelch@cshlaw.com